# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2653
Lower Tribunal No. 2022-CF-005764-A-O

_____

ORLANDO LABOY CAMPOS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Barbara J. Leach, Judge.

December 2, 2025

PER CURIAM.

   AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED